IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA :

          Plaintiff : Case No. 3:19-cr-045 (3)

          vs. : HONORABLE WALTER H. RICE

Scruggs, Syreeta :

          Defendant :

ORDER AMENDING BOND CONDITIONS

For good cause shown, the Court hereby amends the bond conditions filed in this matter on April 1, 2020 (amended on April 27, 2020) and removes the following condition:

1. Participate in a location restriction program and abide by all requirements of the program (SmartLink).

All other bond conditions remain in full force and effect.

Date: 9-18-20

                                              HONORABLE WALTER H. RICE
                                              UNITED STATES DISTRICT COURT JUDGE